1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    JASON BATMAN,                              Case No.  14-cv-05013-JD
                    Petitioner,
8
         v.                                     **ORDER OF DISMISSAL**
9
10   MARION E. SPEARMAN,
                    Respondent.
11

12

13        Petitioner, a California prisoner has filed a pro se petition for a writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254.  In the initial review order the Court dismissed the petition with

15   leave to amend because it was not clear what conviction petitioner was challenging, where it

16   occurred, and when he was sentenced.  Petitioner was informed that he must provide more

17   information.  Although the time to amend has expired, petitioner has not amended.  This case is

18   **DISMISSED**.  Because reasonable jurists would not find the result here debatable, a certificate of

19   appealability ("COA") is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000)

20   (standard for COA).  The clerk shall close the file.

21        **IT IS SO ORDERED.**

22   Dated: March 23, 2015

23                                              _____

24                                              James Donato
                                                United States District Judge
25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON BATMAN,

              Plaintiff,

      v.

MARION E. SPEARMAN,

              Defendant.

Case No.  14-cv-05013-JD

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on 3/23/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason  Batman
CTF Soledad
P.O. Box 705
Soledad, CA 93960

Dated: 3/23/2015

Richard W. Wieking
Clerk, United States District Court

B _Lisa R. Clark_ ____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2